**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| TYRAN LOGGINS, | ) | Civil Division |
|  | ) |  |
| Plaintiff, | ) | No. 2:22-cv-01241-DSC |
| v. | ) |  |
|  | ) |  |
| PREMIER PAN COMPANY, INC. | ) |  |
|  | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**STIPULATION OF DISMISSAL**

The parties, through their respective undersigned counsel, and pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that Plaintiff's

claims against Defendants in the above-captioned action be dismissed with prejudice, with each

party to bear its own costs.

Dated: June 27, 2023                                          Respectfully submitted,


*/s/ Stephanie L. Solomon*                          */s/ Chloe C. Zidian*
Stephanie L. Solomon                                Chloe C. Zidian
HKM EMPLOYMENT ATTORNEYS LLP          DAUGHERTY LORDAN LLP
220 Grant Street                                    136 Woodbine Drive,
Suite 401                                           Cranberry Township, PA 16066
Pittsburgh, PA 15219                                412.569.0673
412.760.7802                                        chloe.zidian@daughertylordan.com
ssolomon@hkm.com
*Attorney for Plaintiff*                            *Attorney for Defendants*


        **SO ORDERED:**                           s/David Stewart Cercone
        Dated: October 3, 2023                     David Stewart Cercone
                                                   Senior U.S. District Court Judge